KASOWITZ BENSON TORRES LLP
Lyn R. Agre (SBN 178218)
LAgre@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Hector Torres (*pro hac vice* application forthcoming)
HTorres@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1730
Facsimile: (212) 506-1800

*Attorneys for Defendant*
*Google LLC (F/K/A Google, Inc.)*


Paul Joseph Sayre
11816 Inwood Road
No. 1083
Dallas, Texas 75244
Telephone: (646) 820-6044

*Plaintiff, pro se*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL JOSEPH SAYRE,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE, INC..<br><br>*Defendant*. | Case No. 3:19-CV-02247-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF AMENDED COMPLAINT, DEFENDANT'S TIME TO RESPOND TO COMPLAINT, AND BRIEFING SCHEDULE ON MOTION TO DISMISS** (AS MODIFIED) |

Pursuant to Local Rules 6-1(a) and 6-2 Defendant Google LLC (F/K/A Google, Inc.) and Plaintiff Paul Joseph Sayre hereby stipulate and agree as follows:

WHEREAS, on March 22, 2019, Judge Keith F. Giblin of the Eastern District of Texas entered an Order granting Defendant's motion to transfer venue and denying as moot Defendant's motion to dismiss the complaint for failure to state a claim, without prejudice to reassert in the transferee district (Dkt. No. 15);

WHEREAS, on April 1, 2019, counsel for Defendant advised Plaintiff that Defendant planned to renew Defendant's motion to dismiss the complaint for failure to state a claim following transfer to the Northern District of California;

WHEREAS, on April 8, 2019, the Parties agreed to stay all deadlines associated with the case pending transfer to the Northern District of California and Defendant renewing its motion to dismiss the complaint for failure to state a claim, which the Parties agreed was to be filed 30 days after the case transfer was effectuated and a new matter opened in the Northern District of California;

WHEREAS, on April 25, 2019, this case was transferred from the Eastern District of Texas to the Northern District of California (Dkt. No. 16);

WHEREAS, on May 16, 2019, Plaintiff advised Defendant that he plans to seek to amend the Complaint;

WHEREAS, on May 20, 2019, Defendant, in light of Plaintiff's stated intention to seek to amend the Complaint, proposed the following stipulation and briefing schedule:

1. Defendant stipulates to Plaintiff filing an amended complaint;
2. The deadline for Defendant to respond to the Complaint, including by filing a motion to dismiss, is continued to 30 days after the amended complaint is filed;
3. Defendant to respond to Plaintiff's forthcoming amended complaint, including by filing a motion to dismiss the amended complaint, within 30 days after the amended complaint is filed;

4. Plaintiff to file any opposition to Defendant's motion to dismiss within 30 days of Defendant filing its motion;

5. Defendant to file a reply to any opposition filed by Plaintiff within 15 days of Plaintiff filing his opposition; and

6. Plaintiff to file any objection to any evidence submitted by Defendant on reply, or to bring to the Court's attention any new and relevant case law published after submission of Plaintiff's opposition, within 15 days of Defendant filing its reply.

WHEREAS, on May 24, 2019, Plaintiff agreed to the stipulation and briefing schedule that Defendant proposed on May 20, 2019;

WHEREAS, the Parties' stipulation and briefing schedule will not alter the Initial Case Management Conference in this case, scheduled for August 1, 2019.

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a) and 6-2, the Parties hereby stipulate and agree that: (i) Defendant consents to Plaintiff filing an amended complaint; (ii) the deadline for Defendant to respond to the amended complaint, including by filing a motion to dismiss, is adjourned until 30 days after the amended complaint is filed; (iii) Defendant to respond to Plaintiff's forthcoming amended complaint, including by filing a motion to dismiss the amended complaint, within 30 days after the amended complaint is filed; (iv) Plaintiff to file any opposition to Defendant's motion to dismiss within 30 days of Defendant filing its motion to dismiss; (v) Defendant to file any reply to any opposition filed by Plaintiff within 15 days of Plaintiff filing his opposition; and (vi) Plaintiff to file any objection to any evidence submitted by Defendant on reply, or to bring to the Court's attention any new and relevant case law published after submission of Plaintiff's opposition, within 15 days of Defendant filing its reply.

**IT IS SO STIPULATED.**

Dated: June 10, 2019          Respectfully submitted,

                                           **KASOWITZ BENSON TORRES LLP**

                                           By: /s/ Lyn R. Agre
                                                  Lyn R. Agre

                                         *Attorneys for Defendant Google LLC*
                                         *(F/K/A Google Inc.)*

Dated: May 29, 2019

                                         By:
                                                  Paul Joseph Sayre

                                                 *Plaintiff, pro se*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, it is hereby ordered that:

1. Defendant shall respond to Plaintiff's forthcoming amended complaint, including by filing a motion to dismiss the amended complaint, within ~~30~~ 28 days after the amended complaint is filed;

2. Plaintiff shall file any opposition to Defendant's motion to dismiss within ~~30~~ 28 days of Defendant filing its motion to dismiss;

3. Defendant shall file any reply to any opposition filed by Plaintiff within ~~15~~ 14 days of Plaintiff filing his opposition; and

4. Plaintiff shall file any objection to any evidence submitted by Defendant on reply, or to bring to the Court's attention any new and relevant case law published after submission of Plaintiff's opposition, within ~~15~~ 14 days of Defendant filing its reply.

5. Defendant shall notice the anticipated motion to dismiss for hearing two weeks after defendant's reply.

**IT IS SO ORDERED.**

DATED: June 17, 2019.

_____
Honorable William Alsup