Paul J. Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

646-820-6044

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul J. Sayre, D.B.A. Rdevice<br><br>    Plaintiff<br><br>vs.<br><br>Google, Inc.<br><br>    Defendant | CASE NO.: **3:19-CY-02247-WHA**<br><br>**DOCUMENT TITLE:**<br><br>**MOTION TO APPEAR BY**<br><br>**TELEPHONE** |

    This document is to motion the Honorable Court in the United States District Court of the Northern District of California to appear by telephone for the first conference.

**Motion To Appear By Telephone:**

1. The Plaintiff motions the Honorable Court to appear by telephone during the first initial conference.

2. The Plaintiff has notified the Defendant of the intention to file the motion to appear by

1

MOTION TO APPEAR BY TELEPHONE

telephone and they have agreed.

3. The Plaintiff resides on the east coast of the United States and traveling to the court will place the Plaintiff in a financial hardship.

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated the 17th of July, 2019

Paul Joseph Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

646-820-6044

2

MOTION TO APPEAR BY TELEPHONE

3
MOTION TO APPEAR BY TELEPHONE