Paul J. Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

646-820-6044

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul J. Sayre, D.B.A. Rdevice | CASE NO.: **3:19-CY-02247-WHA** |
| Plaintiff | DOCUMENT TITLE: |
| vs. | **CERTIFICATION OF INTERESTED** |
| Google, Inc. | **ENTITIES OR PERSONS PER** |
| Defendant | **CIVIL LOCAL RULE 3-15** |

This document is the Certification of Interested Entities or Persons per Civil Local Rule 3-15 of the United States District Court of the Northern District of California.

**Certification Of Interested Entities Or Persons Per Civil Local Rule 3-15:**

1. Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (List names and identify their connection and interest). Signature, Attorney of Record.

- Plaintiff - Paul J. Sayre;

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated the 17th of July, 2019

Paul Joseph Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

646-820-6044

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS