1
2   Paul J. Sayre – Pro Se
3   11816 Inwood Rd #1083
4   Dallas, TX. 75244
5   646-820-6044
6
7
8                   **UNITED STATES DISTRICT COURT**
9
10                  **NORTHERN DISTRICT OF CALIFORNIA**
11
12
13

14   Paul J. Sayre, D.B.A. Rdevice          CASE NO.: **3:19-CY-02247-WHA**
15        Plaintiff                         **DOCUMENT TITLE:**
16   vs.                                    **JOINT CASE MANAGEMENT**
17
18   Google, Inc.                           **STATEMENT & [PROPOSED]**
19        Defendant                         **ORDER**
20
21
22
23       The parties to the above-entitled action jointly submit this JOINT CASE
24   MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the *Standing Order*
25   *for All Judges of the Northern District of California* and Civil Local Rule 16-9.
26
27
28
     JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1. Jurisdiction & Service
*The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding persona jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.*

The Jurisdiction is correct as determined in a ruling in the United States District Court of

the Eastern District Of Texas.

2. Facts
*A brief chronology of the facts and a statement of the principal factual issues in dispute.*

The facts are outlined in the amended complaint.

3. Legal Issues
*A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.*

The legal issues are outlined in the amended complaint.

4. Motions
*All prior and pending motions, their current status, and any anticipated motions.*

All anticipated motions have been filed.

5. Amendment of Pleadings
*The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.*

The amended complaint has been filed.

6. Evidence Preservation
*A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

The Plaintiff and Defendant have confirmed that evidence has been preserved.

7. Disclosures
*Whether there has been full and timely compliance with the initial disclosure
requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.  For ADA
and employment cases, see General Order Nos. 56 and 71.*

Initial disclosures have been disclosed in the amended complaint.

8. Discovery
*Discovery taken to date, if any, the scope of anticipated discovery, any proposed
limitations or modifications of the discovery rules, a brief report on whether the parties
have considered entering into a stipulated e-discovery order, a proposed discovery plan
pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.*

The Plaintiff and Defendant have agreed to schedule Discovery proceedings until after

initial motions have been determined.

9. Class Actions
*If a class action, a proposal for how and when the class will be certified.*

This is not a Class Action claim.

10. Related Cases
*Any related cases or proceedings pending before another judge of this court, or before
another court or administrative body.*

There are no related cases.

11. Relief
*All relief sought through complaint or counterclaim, including the amount of any
damages sought and a description of the bases on which damages are calculated. In
addition, any party from whom damages are sought must describe the bases on which it
contends damages should be calculated if liability is established.*

The relief sought has been stated in the amended complaint.

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

12.  Settlement and ADR
*Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including which ADR process option the parties have selected and a proposed deadline, or if the parties do not agree, each party's preferred option and timing, in compliance with ADR L.R. 3-5. In addition, the parties should include a description of key discovery or motions necessary to position the parties to negotiate a resolution.*

The Plaintiff and Defendant have determined the Defendant is not interested in reaching

a settlement at this time.

13.  Consent to Magistrate Judge For All Purposes
*Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.* _____ YES   __X__ NO

The case has already been transferred to the current Judge.

14.  Other References
*Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.*

There are no other references.

15.  Narrowing of Issues
*Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.*

There is no narrowing of the issues.

16.  Expedited Trial Procedure
*Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order 64, Attachment A.  If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64, Attachments B and D.*

There is no expedited trial request.

17. Scheduling
*Proposed dates for completion of initial ADR session, designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.*

The Plaintiff and Defendant have agreed to postpone scheduling until after initial

motions have been determined.

18. Trial
*Whether the case will be tried to a jury or to the court and the expected length of the trial.*

The Plaintiff requests to have the case tried before the court.

19. Disclosure of Non-party Interested Entities or Persons
*Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.*

The Certification of Interested Entities or Persons has been filed.

20. Professional Conduct
*Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.*

The Plaintiff has reviewed the Guidelines for Professional Conduct.

21. Other
*Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.*

None.

Dated:                                July 17th, 2019

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

_____
Counsel for plaintiff

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is
approved as the Case Management Order for this case and all parties shall comply with
its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: _____

                    UNITED STATES DISTRICT/MAGISTRATE
                                JUDGE

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER