IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL J. SAYRE,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 19-02247 WHA

**ORDER DENYING MOTION TO APPEAR BY TELEPHONE**

The Court **DENIES** plaintiff's motion to appear by telephone for the case management conference because our courtroom equipment is not well-suited for telephonic appearances. In addition, if the case is worth what plaintiff says ($1.6 billion), then the cost of appearing in person is worthwhile and not prohibitive. Also, Dallas, Texas, is not on the East Coast.

**IT IS SO ORDERED.**

Dated: July 23, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE