Paul J. Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

646-820-6044

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Paul J. Sayre, D.B.A. Rdevice

    Plaintiff

vs.

Google, Inc.

    Defendant

CASE NO.: **3:19-CY-02247-WHA**

**DOCUMENT TITLE:**

**OBJECTION TO DENIAL OF**

**MOTION TO APPEAR BY**

**TELEPHONE**

    This document is to Object To Denial Of Motion To Appear By Telephone in the Honorable Court in the United States District Court of the Northern District of California to appear by telephone for the first conference.

**<u>Motion To Appear By Telephone:</u>**

1. The Plaintiff motions the Honorable Court to reconsider the Motion To Appear By Telephone during the first initial conference.

1

OBJECTION TO DENIAL OF MOTION TO APPEAR BY TELEPHONE

2. The Plaintiff has notified the Defendant of the intention to file the Motion To Appear By Telephone and they have agreed.

3. The Plaintiff resides on the east coast of the United States in a sailboat.  Appearing in person would require the Plaintiff to pay to dock the boat at a marina, fly round trip to San Francisco, and pay for hotel accommodations and food – placing the Plaintiff in a financial hardship.

4. The Case Management conference is outlining the case docket before the Motion To Dismiss has been decided and may be altered or altogether unnecessary if the Motion To Deny is granted, and can be rescheduled if the Motion To Dismiss is denied.

5. The Plaintiff motions the Honorable Court to grant the Motion To Appear By Telephone because the Motion To Dismiss has not been decided, which may ultimately prove the Cass Management Conference was not needed, and no arguments about the case will be made during the conference, while the ability for the Plaintiff to appear in person for future court appearances can be discussed with regards to the case docket.


I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.


Dated the 25th of July, 2019



Paul Joseph Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

2

OBJECTION TO DENIAL OF MOTION TO APPEAR BY TELEPHONE

646-820-6044

OBJECTION TO DENIAL OF MOTION TO APPEAR BY TELEPHONE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

OBJECTION TO DENIAL OF MOTION TO APPEAR BY TELEPHONE