IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL J. SAYRE,

      Plaintiff,

  v.

GOOGLE INC.,

      Defendant.

No. C 19-02247 WHA

**ORDER DENYING MOTION TO RECONSIDER**

For the reasons stated in the previous order (Dkt. No. 43) and the fact that plaintiff has not shown good cause, the Court **DENIES** plaintiff's motion to reconsider the order denying plaintiff's motion to appear by telephone for the case management conference.

**IT IS SO ORDERED.**

Dated: July 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE