1  Paul J. Sayre – Pro Se

2  11816 Inwood Rd #1083

3  Dallas, TX. 75244

4  646-820-6044

*FILED*

*JUL 30 2019*  NC

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5

6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11

12  Paul J. Sayre, D.B.A. Rdevice

13  Plaintiff

14  vs.

15  Google, Inc.

16  Defendant

17

18

19

CASE NO.: **3:19-CY-02247-WHA**

**DOCUMENT TITLE:**

**MOTION TO STAY THE CASE**

**MANAGEMENT CONFERENCE**

20

21  This document is a Motion To Stay The Case Management Conference in the

22

23  Honorable Court in the United States District Court of the Northern District of California.

24  **Motion To Stay The Case Management Conference:**

25

26  1. The Plaintiff motions the Honorable Court to stay the Case Management Conference until

27  after a decision has been made on the Motion To Dismiss.

28  2. The Plaintiff was not able to access the initial denial notice to appear by telephone through

1

MOTION TO STAY THE CASE MANAGEMENT CONFERENCE

Pacer, and was unaware of the time it would take to receive the letter by mail, so the Plaintiff took the initiative to file an appeal, assuming the first Motion To Appear By Telephone may have been a bit vague in its request.

3. The Plaintiff is aware that Dallas, TX is not on the East Coast and the Plaintiff is currently in the state of Florida on a sailboat. Appearing in person would require paying dock fees at a marina, a round trip ticket to San Francisco, hotel accommodations, travel expenses, and food – placing the Plaintiff in a financial hardship.

4. The Case is absolutely worth $1.6B, as the valuations in Silicon Valley clearly demonstrate, for platforms with similar features that are allowed the opportunity to reach their full potential, and given the fact a patent filing is unique to the application in this case, however the Plaintiff does not currently have the resources to attend the initial CMC in person, which is why the Plaintiff filed in forma pauperis.

5. Since the court declared it is not equipped to conduct the CMC by telephone and the Plaintiff cannot appear in person for the initial conference, the Plaintiff motions the Honorable Court to stay the CMC until after the Motion To Dismiss has been determined, otherwise if the court decides to move forward with the CMC without the Plaintiff present, the Plaintiff can confirm or object to the case outline proceeding the conference.


I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.


Dated the 30th of July, 2019

2

MOTION TO STAY THE CASE MANAGEMENT CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Paul Joseph Sayre – Pro Se

11816 Inwood Rd #1083

Dallas, TX. 75244

646-820-6044

3

MOTION TO STAY THE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO STAY THE CASE MANAGEMENT CONFERENCE