IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL J. SAYRE,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

No. C 19-02247 WHA

**ORDER DENYING MOTION TO STAY**

GOOD CAUSE not shown, the Court **DENIES** plaintiff's motion to stay the case management conference.

**IT IS SO ORDERED.**

Dated: July 30, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE