IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL JOSEPH SAYRE,

    Plaintiff,

v.

GOOGLE, INC.,

    Defendants.

No. C 19-02247 WHA

**JUDGEMENT**

For the reasons stated in the accompanying order dismissing this action with prejudice, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Google, Inc. and against *pro se* plaintiff Paul Joseph Sayre. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 19, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE