# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: Northern District Of California - San Francisco

U.S. District Court case number: 3:19-cv-02247-WHA

Date case was first filed in U.S. District Court: 04/25/2019

Date of judgment or order you are appealing: 11/19/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◯ Yes   ◯ No   ⦿ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Paul J. Sayre

Is this a cross-appeal? ◯ Yes   ⦿ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case? ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

11816 Inwood Road #1083

City: Dallas   State: TX   Zip Code: 75244

Prisoner Inmate or A Number (if applicable): N/A

**Signature**   **Date** 12/16/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Paul J. Sayre

Name(s) of counsel (if any):

Pro Se

Address: 11816 Inwood Road #1083 Dallas, TX. 75244

Telephone number(s): 646-820-6044

Email(s): paul@rdevice.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Google, LLC.

Name(s) of counsel (if any):
Constantine Z Pamphilis
Kasowitz Benson Torres & Friedman

Address: 1415 Louisiana Suite 2100 Houston, TX 77002

Telephone number(s): 713-220-8800

Email(s): dpamphilis@kasowitz.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*