UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH SAYRE,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | No. C 19-02247 WHA<br><br>**ORDER DENYING APPLICATION TO APPEAL IN FORMA PAUPERIS** |

Our court of appeals has remanded this case for the limited purpose of determining whether plaintiff Paul Sayre's in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. In turn, this order revokes plaintiff's in forma pauperis status. This appeal is frivolous and public money should be reserved for more meritorious appeals. Plus, plaintiff has alleged herein that his case is worth billions. If really true, he can surely find the money to pay the appellate filing fee. Plaintiff and appellant Paul Sayre's in forma pauperis status is hereby **REVOKED**.

**IT IS SO ORDERED.**

Dated: December 30, 2019

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE